## Commonwealth *v.* Carrington, Appellant.

 Submitted March 17, 1975. *Barnett S. Lotstein,* and *Seidman and Lotstein,* for appellant; *Mark C. Stephenson, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Christian, Appellant.

 Submitted March 17, 1975. *Ernest Kardas* and *R. Barclay Surrick,* Assistant Public Defenders, and *Kenneth P. Barrow,* Public Defender, for appellant; *John G. Siegle* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.